UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES J. DUFFY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 2:11-CV-1399-PMP-CWH <br><br> **ORDER** |

Plaintiff Duffy has failed to file an Opposition to Defendant United States' Motion for Summary Judgment (Doc. #17), and pursuant to the Local Rules of Practice of this Court, thereby consents to the granting of Defendant's Motion. Additionally, a review of the Motion shows Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment (Doc. #17) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendant and against Plaintiff.

DATED this 30th day of January, 2013.

_____
PHILIP M. PRO
United States District Judge