UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES J. DUFFY, JR., | 2:11-CV-1399-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Duffy has failed to file an Opposition to Defendant United States' Motion for Summary Judgment (Doc. #17), and pursuant to the Local Rules of Practice of this Court, thereby consents to the granting of Defendant's Motion. Additionally, a review of the Motion shows Defendants are entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment (Doc. #17) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendant and against Plaintiff.

DATED this 30th day of January, 2013.

PHILIP M. PRO
United States District Judge